UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-cv-24712-DPG

IVETTE ESTRADA,

    Plaintiff,

v.

SUNNY ISLES BEACH RESTAURANT CORP.,

    Defendant.

                                  /

## JOINT MOTION TO APPROVE SETTLEMENT AND TO DISMISS WITH PREJUDICE

Plaintiff, IVETTE ESTRADA ("Plaintiff"), and Defendant, SUNNY ISLES BEACH RESTAURANT CORP. ("Defendant"), by and through their respective undersigned counsel, hereby file this Joint Motion to Approve Settlement and to Dismiss with Prejudice, and state the following in support thereof:

1.    Plaintiff filed the instant action alleging that Defendant violated the Fair Labor Standards Act, as amended, 29 U.S.C. § 201-216 (FLSA).

2.    Defendant denies Plaintiff's claims.

3.    To avoid the costs and the uncertainty of litigation, the parties have negotiated an agreement and settlement of this matter that fully resolves all of Plaintiff's claims, including those for attorney's fees and costs. Pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor.

4.    Accordingly, the parties request that the Court approve the Settlement, Release, and Non-Disclosure Agreement entered into by the parties, a copy of which is

attached to this Motion as Exhibit A.

5. As part of the settlement reached between the parties, Plaintiff agrees to dismiss this action with prejudice upon approval by the Court of the attached Settlement, Release and Non-Disclosure Agreement, with the Court to retain jurisdiction to enforce Defendant's obligation to make payments to Plaintiff and her attorney required by the Settlement, Release and Non-Disclosure Agreement.

6. Plaintiff and Defendant stipulate that the settlement is a fair and reasonable settlement of the controversies involved in this case and comports with the policies underlying the FLSA.

WHEREFORE, the Parties respectfully request that this Court enter an Order approving the attached Settlement, Release and Non-Disclosure Agreement and dismissing the claims made by Plaintiff against Defendant in this action with Prejudice, with the Court to retain jurisdiction to enforce Defendant's obligation to make payments to Plaintiff and her attorney required by the Settlement, Release and Non-Disclosure Agreement.

Respectfully submitted on this 8th day of March, 2016,

| /s/ Richard Celler | /s/ Jenna N. Kochen |
|---|---|
| Richard Celler, Esq. | Jenna N. Kochen |
| Florida Bar No.: 0173370 | Florida Bar No. 0098640 |
| richard@floridaovertimelawyer.com | jkochen@anblaw.com |
| **RICHARD CELLER LEGAL, P.A.** | **ALLEN, NORTON & BLUE, P.A.** |
| 7450 Griffin Road, Suite 230 | 121 Majorca Avenue, Suite 300 |
| Davie, Florida 33314 | Coral Gables, FL 33134 |
| Tel: (866) 344-9243 | Tel: 305-445-7801 |
| Fax: (954) 337-2771 | Fax: 305-442-1578 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on **March 8, 2016**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Jenna N. Kochen
Attorney

## SERVICE LIST

Ivette Estrada v. Sunny isles Beach Restaurant Corp.
CASE NO.: 15-cv-24712-DPG

Richard Celler, Esq.
richard@floridaovertimelawyer.com
**RICHARD CELLER LEGAL, P.A.**
7450 Griffin Road, Suite 230
David, Florida 33314
Tel.: (866) 344-9243
Fax: (954) 337-2771
*Counsel for Plaintiff*

Jenna N. Kochen, Esq.
jkochen@anblaw.com
**ALLEN, NORTON & BLUE, P.A.**
121 Majorca Avenue, Suite 300
Coral Gables, Florida 33134
Tel.: (305) 445-7801
Fax: (305) 442-1578
*Counsel for Defendant*

383070                                                    3