UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24712-CIV-GAYLES/TURNOFF

IVETTE ESTRADA,

    Plaintiff,

v.

SUNNY ISLES BEACH RESTAURANT CORP.,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the parties' Joint Motion to Approve Settlement and to Dismiss with Prejudice [ECF No. 10]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the parties' Settlement Agreement is **APPROVED**.

It is further

**ORDERED AND ADJUDGED** that this case is **DISMISSED with prejudice**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 15th day of March, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE